UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-cv-1805-T-33AEP

DAVID POSCHMANN,

        Plaintiff,

v.

CHARMI, LLC,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

    Dated: October 5, 2020

                                          s/Drew M. Levitt
                                          Drew M. Levitt
                                          Florida Bar No. 782246
                                          drewmlevitt@gmail.com
                                          Lee D. Sarkin
                                          Florida Bar No. 962848
                                          Lsarkin@aol.com
                                          4700 N.W. Boca Raton Boulevard
                                          Suite 302
                                          Boca Raton, Florida 33431
                                          Telephone (561) 994-6922
                                          Attorneys for Plaintiff